UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAVARGO THOMAS,

               Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

               Defendant.

CASE NO. C15-0772-JCC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation (Dkt. No. 17) of Judge J.

Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and

ORDER:

    (1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 17).

    (2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42

               U.S.C. § 405(g) to the Commissioner for further consideration.

    (3)     JUDGMENT is for Plaintiff and the case should be closed.

    (4)     The Clerk is DIRECTED to send copies of this order to counsel of record.

    //

1

2

Dated this 19th day of January, 2016.

3

4

5

6

7

John C. Coughenour
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2